## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HOME INSTEAD, INC.**, a Nebraska Corporation, | CASE NO. 8:10CV82 |
| Plaintiff, | |
| v. | **ORDER AND FINAL JUDGMENT** |
| **SANDRA K. MASTERS**, and individual, and **KENNETH E. MASTERS**, an individual, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation (Filing No. 16). On May 19, 2010, Home Instead filed a Notice of Case Dismissal (Filing No. 15) voluntarily dismissing this case without prejudice. The parties now request that the Court convert the dismissal of this case to an order of dismissal with prejudice. Because the Court has already dismissed the case, it will treat the parties' Stipulation as a motion for relief from judgment under Fed. R. Civ. P. 60(b). The Parties' Joint Stipulation is approved, and this case will be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation (Filing No. 16) is approved;

2. This action is dismissed with prejudice; and

3. The parties will bear their own costs and attorneys' fees.

DATED this 6th day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge